# United States District Court
# Western District of North Carolina
# Asheville Division

| | |
|---|---|
| Wendy Lyons, | JUDGMENT IN CASE |
| Petitioner | 1:24-cv-00169-MOC-DCK |
| vs. | |
| Commissioner of Social Security, | |
| Respondent. | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 9, 2024 Order.

Signed: December 9, 2024

Katherine Hord Simon, Clerk
United States District Court